(April 12, 1961)

■ MURRAY BERMAN, Respondent, v. CAROL TALBOT et al., as Executors of JOSEPH TALBOT, Deceased, Appellants.— Motion by appellants for a stay of discovery and inspection, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it on May 5, 1961; appeal ordered on the calendar for said day. The record and appellants' brief must be served and filed on or before April 27, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ ELMSFORD PROPERTIES CORPORATION, Respondent, v. DAITCH CRYSTAL DAIRIES, INC., et al., Appellants.— Motion by appellants for a stay of all proceedings, pending appeal, granted. Appellants' time to answer the complaint extended until 10 days after entry of order determining appeal. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ EMPIRE STATE DEVELOPMENT Co., INC., Respondent, v. JUSTINE L. LAMBERT, Appellant.— Motion by appellant for reargument of her motion for a stay, denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ ARTHUR T. FREDRIKSEN, Respondent, v. CHESTER BORNSCHEUER, Appellant.— Motion by appellant for a stay, pending appeal, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ MARY GLASSER, Respondent, v. LEONARD GLASSER, Appellant.— Motion by appellant for a stay of all proceedings, pending appeal, granted, on condition that pending the appeal appellant shall pay to respondent $25 per week, and on the further condition that appellant perfect the appeal and be ready to argue or submit it at the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on the typewritten briefs of both parties. The parties are directed to serve one copy and to file six copies of their typewritten briefs. The appellant's brief must be served and filed on or before April 21, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of E. J. Z. CORPORATION, Respondent, v. FREDERICK A. SANSOME, Appellant.— Motion by appellant to stay the execution of the warrant of dispossess, pending appeal, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ EDITH PATRONITI et al., Respondents, v. 501 KIMS, INC., Appellant.— Motion by appellant for a stay of an order of the Supreme Court, Nassau County, dated March 21, 1961, pending appeal therefrom, denied. The examination before trial of the appellant shall proceed on 10 days' notice. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. "ANONYMOUS", Appellant, v. HARRY A. LA BURT, as Director of Creedmoor State Hospital, Respondent. — Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include the opinion, if any, of the court below. Appellant is directed to file six copies of his typewritten brief and to serve one copy on the Attorney-General. Motion by appellant to add appeal to the calendar for the May Term, denied. On the court's own motion, appellant's time is extended to the June Term, beginning May 22, 1961; appeal ordered on the calendar for said term. Appellant's brief must be served and filed on or before May 1, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ TRININ PLASTERING Co., INC., Respondent, v. WILAKA CONSTRUCTION Co., INC., Appellant.— Motion by appellant for a stay of all proceedings, pending appeal, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.